# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 816 |
| | : | |
| APPOINTMENT TO ORPHANS' COURT | : | SUPREME COURT RULES DOCKET |
| PROCEDURAL RULES COMMITTEE | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of December, 2019, Kendra D. McGuire, Esquire, Lancaster County, is hereby appointed as a member of the Orphans' Court Procedural Rules Committee for a term of six years, commencing January 1, 2020.